UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALIA JANDOC, | ) |
| Plaintiff, | ) CASE NO.   C16-0499-JLR-MAT |
| v. | ) |
| KING COUNTY, | ) REPORT AND RECOMMENDATION |
| Defendant/Third Party Plaintiff, | ) |
| v. | ) |
| STATE OF WASHINGTON, | ) |
| Third Party Defendant. | ) |

Plaintiff Kalia Jandoc, through counsel, filed this action under 42 U.S.C. § 1983 and Washington's Equal Rights Act alleging that King County unlawfully denies certain female offenders the criminal sentencing option of work release while providing such an option to similarly situated male offenders. (Dkt. 1.) Defendant King County filed a timely answer to the complaint which included a third party complaint against the State of Washington and the Washington Department of Corrections ("DOC"). (*See* Dkts. 4, 5 and 7.) The State of Washington and the DOC thereafter filed a motion to dismiss King County's third party complaint for lack of jurisdiction, a motion which King County did not oppose. (*See* Dkts. 19

REPORT AND RECOMMENDATION - 1

and 20.) That motion was noted on the Court's calendar for consideration on July 1, 2016. (Dkt. 19.)

On June 30, 2016, plaintiff filed a notice with the Court advising that an agreement to settle the matter had been reached and that the parties were working to finalize the proposed resolution. (Dkt. 21.) The Court then heard nothing further from the parties for several weeks. Thus, on August 10, 2016, the Court, issued a Minute Order directing the parties to file a status report advising the Court of the status of the proposed settlement and clarifying whether a ruling on the pending motion to dismiss would be necessary in light of the settlement purportedly reached by the parties. (Dkt. 22.) On August 19, 2016, the parties filed a stipulated motion for an order of dismissal in lieu of a status report. (Dkt. 23.)

Based on the stipulation of the parties, the Court recommends that plaintiff Kalia Jandoc's complaint against King County be dismissed with prejudice and without costs to any party, that King County's third party complaint against the State of Washington be dismissed without prejudice and without costs to any party, and that the State of Washington's motion to dismiss be stricken as moot. Because the parties have stipulated that the case be dismissed as set forth herein, the Court further recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation. The Clerk should note the matter for **August 25, 2016** as ready for Judge Robart's consideration. A proposed Order accompanies this Report and Recommendation.

DATED this 23rd day of August, 2016.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2