UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALIA JANDOC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KING COUNTY,<br><br>　　　　Defendant/Third Party Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　Third Party Defendant. | CASE NO.   C16-0499-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's complaint, the parties' stipulated motion for an order of dismissal, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)   The Court adopts the Report and Recommendation;

(2)   Plaintiff Kalia Jandoc's complaint against King County (Dkt. 1) is DISMISSED with prejudice and without costs to any party;

/ / /

ORDER OF DISMISSAL - 1

(3) King County's third party complaint against the State of Washington (Dkt. 7) is DISMISSED without prejudice and without costs to any party;

(4) The State of Washington's motion to dismiss (Dkt. 19) is STRICKEN as moot; and

(5) The Clerk shall send copies of this Order to all counsel of record and to the Honorable Mary Alice Theiler.

DATED this 26th day of August, 2016.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2